| | |
|---|---|
| 1 | CHRISTOPHER J. HAMNER, ESQ. (SBN 197117) |
| | chamner@hamnerlaw.com |
| 2 | AMY T. WOOTTON, ESQ. (SBN 188856) |
| | awootton@hamnerlaw.com |
| 3 | EVELINA SERAFINI, ESQ. – Of Counsel (SBN 187137) |
| | eserafini@hamnerlaw.com |
| 4 | HAMNER LAW OFFICES, APC |
| | 555 W. 5th Street, 31st Floor |
| 5 | Los Angeles, California 90013 |
| | Telephone:  (213) 533-4160 |
| 6 | Facsimile:   (213) 533-4167 |
| 7 | Attorneys for Plaintiff |
| | RICARDO DEL RIO |
| 8 | |
| | ROBERT G. HULTENG, Bar No. 071293 |
| 9 | rhulteng@littler.com |
| | JOHN C. FISH, Jr., Bar No. 160620 |
| 10 | jfish@littler.com |
| | ANDREW M. SPURCHISE, Bar No. 245998 |
| 11 | aspurchise@littler.com |
| | ROXANNA IRAN, Bar No. 273625 |
| 12 | riran@littler.com |
| | LITTLER MENDELSON, P.C. |
| 13 | 650 California Street, 20th Floor |
| | San Francisco, California  94108.2693 |
| 14 | Telephone:    415.433.1940 |
| | Facsimile:    415.399.8490 |
| 15 | |
| | Attorneys for Defendants |
| 16 | UBER TECHNOLOGIES, INC. and |
| | RASIER-CA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, on behalf of himself and all others similarly situated, | Case No.  3:15-cv-03667-EMC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO FILE  RESPONSIVE PLEADING** |
| v. | Complaint Filed: August 11, 2015 |
| UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | Trial Date:  None set |
| Defendants. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No. 3:15-cv-03667-EMC

JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Pursuant to Rule 6-1(a) of the Local Rules of the United States District for the Northern District of California, Plaintiff RICARDO DEL RIO and Defendants UBER TECHNOLOGIES, INC. and RASIER-CA, LLC (collectively, "Defendants"), through their undersigned counsel, hereby stipulate and agree that any responsive pleadings, including any motion to dismiss and/or to compel arbitration, filed by Defendants on or before September 28, 2015 shall be considered timely.

Plaintiff filed his Complaint on August 11, 2015, and Defendants have not obtained any other extensions of time to respond to Plaintiff's Complaint. No objections, arguments, or defenses are waived by either party by virtue of this stipulation. This stipulation will not require the alteration of any deadline already set by Court Order.

Dated: September 11, 2015

/s/ Roxanna Iran
ROBERT G. HULTENG
JOHN C. FISH, Jr.
ANDREW M. SPURCHISE
ROXANNA IRAN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND
RASIER-CA, LLC

Dated: September 11, 2015

IT IS SO ORDERED:
_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE

/s/ Amy T. Wootton
CHRISTOPHER J. HAMNER
AMY T. WOOTTON
EVELINA SERAFINI
HAMNER LAW OFFICES, APC
Attorneys for Plaintiff
RICARDO DEL RIO

*Pursuant to Civil Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from all signatories.

Firmwide:135844817.1 073208.1083

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1.
JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
Case No. 3:15-cv-03667-EMC