1  CHRISTOPHER J. HAMNER, ESQ. (SBN 197117)
   chamner@hamnerlaw.com
2  AMY T. WOOTTON, ESQ. (SBN 188856)
   awootton@hamnerlaw.com
3  EVELINA SERAFINI, ESQ. – Of Counsel (SBN 187137)
   eserafini@hamnerlaw.com
4  HAMNER LAW OFFICES, APC
   555 W. 5th Street, 31st Floor
5  Los Angeles, California 90013
   Telephone:  (213) 533-4160
6  Facsimile:   (213) 533-4167

7  Attorneys for Plaintiffs
   RICARDO DEL RIO and TONY MEHRDAD SAGHEBIAN
8

   ROBERT G. HULTENG, Bar No. 071293
9  rhulteng@littler.com
   JOHN C. FISH, Jr., Bar No. 160620
10 jfish@littler.com
   ANDREW M. SPURCHISE, Bar No. 245998
11 aspurchise@littler.com
   ROXANNA IRAN, Bar No. 273625
12 riran@littler.com
   LITTLER MENDELSON, P.C.
13 650 California Street, 20th Floor
   San Francisco, California  94108.2693
14 Telephone:     415.433.1940
   Facsimile:      415.399.8490
15

   Attorneys for Defendants
16 UBER TECHNOLOGIES, INC. and
   RASIER-CA, LLC
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, an individual California resident and TONY MEHRDAD SAGHEBIAN, an individual California resident, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  3:15-cv-03667-EMC<br><br>**JOINT STIPULATION REGARDING MOTION TO COMPEL ARBITRATION BRIEFING**<br><br>Complaint Filed: August 11, 2015<br>FAC Filed:  September 21, 2015<br>Trial Date:  None set |

Pursuant to Rule 6-1(b) of the Local Rules of the United States District for the Northern District of California, Plaintiffs RICARDO DEL RIO and TONY MEHRDAD SAGHEBIAN ("Plaintiffs"), and Defendants UBER TECHNOLOGIES, INC. and RASIER-CA, LLC ("Defendants") (collectively, "the Parties"), through their undersigned counsel, hereby stipulate and agree that the deadline for Plaintiffs' Response to Defendants' Motion to Compel Arbitration be extended from October 28, 2015 to November 11, 2015 and the deadline for Defendants' Reply extended from November 4 to November 23 in order to provide Plaintiffs adequate time to prepare a Response to Defendants' Motion to Compel Arbitration and to provide Defendants with adequate time to prepare a Reply in support of Defendants' Motion to Compel Arbitration.

There has been no previous request to extend the timing for the deadlines associated with Defendants' Motion to Compel Arbitration. This stipulation will not require the alteration of the hearing date already set by Court Order. *See* Dkt. 16.

Dated: October 19, 2015

*/s/ Roxanna Iran*
ROBERT G. HULTENG
JOHN C. FISH, Jr.
ANDREW M. SPURCHISE
ROXANNA IRAN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND
RASIER-CA, LLC

Dated: October 19, 2015

*/s/ Amy T. Wootton*
CHRISTOPHER J. HAMNER
AMY T. WOOTTON
EVELINA SERAFINI
HAMNER LAW OFFICES, APC
Attorneys for Plaintiff
RICARDO DEL RIO

*Pursuant to Civil Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from all signatories.

1
2
3   **IT IS SO ORDERED.**
4
5   Date: _____10/23/15_____           IT IS SO ORDERED
6                                              [signature]
7                                              Judge Edward M. Chen
                                               UNITED STATES DISTRICT COURT JUDGE
                                               NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION REGARDING MOTION TO COMPEL ARBITRATION BRIEFING TO FILE RESPONSIVE

2.