Case 3:15-cv-03667-EMC   Document 50   Filed 01/05/16   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE UBER FCRA LITIGATION

Case No. 14-cv-5200-EMC
Case No. 15-cv-3667-EMC

RICARDO DEL RIO, et al.,

  Plaintiffs,

  v.

UBER TECHNOLOGIES, INC., et al.,

  Defendants

**ORDER RE CORRECTIVE NOTICE**

On December 23, 2015, the Court issued an order requiring Uber to issue a revised notice provision and corrective cover letter as to Uber's new arbitration agreement. *O'Connor v. Uber Technologies, Inc.*, Case No. 13-cv-3826-EMC, Docket No. 435; *In re Uber FCRA Litigation*, Case No. 14-cv-5200-EMC, Docket No. 137; *Yucesoy*, Case No. 15-cv-262-EMC, Docket No. 161. The plaintiffs in *O'Connor* have since requested that any corrective notice not be issued until after the class notice process in *O'Connor* has been completed. *O'Connor*, Docket No. 446 at 10.

///
///
///
///
///

Any comments by the parties in *In re Uber FCRA Litigation* and *Del Rio v. Uber Technologies, Inc.* on the *O'Connor* plaintiffs' request must be filed by **Wednesday**, **January 6, 2016 at 5:00 p.m.**

**IT IS SO ORDERED**.

Dated: January 5, 2016

_____
EDWARD M. CHEN
United States District Judge

2