1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
3  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
4  MEL M.C. COLE, Bar No. 293265
   mmcole@littler.com
5  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
6  San Francisco, California  94108.2693
   Telephone:   415.433.1940
7  Facsimile:   415.399.8490

8  SOPHIA BEHNIA, Bar No. 289318
   sbehnia@littler.com
9  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
10 San Diego, CA  92101
   Telephone:   619.232.0441
11 Facsimile:   619.232.4302

12 Attorneys for Defendants
   UBER TECHNOLOGIES, INC. and
13 RASIER-CA, LLC

14 *[Additional Counsel Listed On Following Page]*

15               UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | RICARDO DEL RIO, an individual California resident and TONY MEHRDAD SAGHEBIAN, an individual California resident, on behalf of themselves and all others similarly situated, | Case No.  3:15-cv-03667-EMC |
|---|---|---|
| 19 | | **JOINT STIPULATION REGARDING DEFENDANTS' RULE 12(B) MOTION BRIEFING; [PROPOSED] ORDER** |
| 20 | | |
| 21 | Plaintiffs, | |
| 22 | v. | Complaint Filed: August 11, 2015<br>FAC Filed:  September 21, 2015<br>Trial Date:  None set |
| 23 | UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No. 3:15-cv-03667-EMC
JOINT STIPULATION REGARDING DEFENDANTS' RULE 12(B) MOTION BRIEFING; [PROPOSED] ORDER

1  CHRISTOPHER J. HAMNER, ESQ. (SBN 197117)
   chamner@hamnerlaw.com
2  AMY T. WOOTTON, ESQ. (SBN 188856)
   awootton@hamnerlaw.com
3  EVELINA SERAFINI, ESQ. – Of Counsel (SBN 187137)
   eserafini@hamnerlaw.com
4  HAMNER LAW OFFICES, APC
   555 W. 5th Street, 31st Floor
5  Los Angeles, California 90013
   Telephone:  (213) 533-4160
6  Facsimile:   (213) 533-4167

7  Attorneys for Plaintiffs
   RICARDO DEL RIO and TONY MEHRDAD SAGHEBIAN
8

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1.   Case No. 3:15-cv-03667-EMC
JOINT STIPULATION REGARDING DEFENDANTS' RULE 12(B) MOTION BRIEFING; [PROPOSED] ORDER

1  Pursuant to Rule 6-1(b) of the Local Rules of the United States District for the Northern
2  District of California, IT IS HEREBY STIPULATED by and between Plaintiffs RICARDO DEL
3  RIO and TONY MEHRDAD SAGHEBIAN ("Plaintiffs") and Defendants UBER
4  TECHNOLOGIES, INC. and RASIER-CA, LLC ("Defendants") (collectively, "the Parties"), by and
5  through their attorneys of record:

6  WHEREAS, on December 3, 2015, the Parties filed a Joint Case Management Conference
7  Statement setting forth a briefing schedule on Defendants' Rule 12(b) motion (Dkt. 33);

8  WHEREAS, the Joint Case Management Conference Statement set the deadline for
9  Defendants' Rule 12(b) motion for January 15, 2016, the opposition deadline for February 12, 2016,
10  and the reply deadline for February 26, 2016;

11  WHEREAS, the Court did not issue an order confirming the aforementioned deadlines;

12  WHEREAS, no hearing date has been set for Defendants' Rule 12(b) motion;

13  WHEREAS, the Parties have agreed to memorialize the briefing deadlines and have agreed
14  to continue the deadlines by one week;

15  WHEREAS, there has been no previous request to extend the timing for the deadlines
16  associated with Defendants' Rule 12(b) motion; and

17  WHEREAS, this stipulation will not require the alteration of any dates set by Court.

18  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

19  1. That Defendants' deadline to file a Rule 12(b) motion be continued to January 22,
20  2015;

21  2. That Plaintiffs' deadline to respond to Defendants' motion be continued to February
22  22, 2016;

23  3. That Defendants' deadline to file a reply in support of their motion be continued to
24  March 4, 2016.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

2.   Case No. 3:15-cv-03667-EMC
JOINT STIPULATION REGARDING DEFENDANTS' RULE 12(B) MOTION BRIEFING; [PROPOSED] ORDER

Dated: January 13, 2016

        /s/ *Sophia Behnia*
        ANDREW M. SPURCHISE
        SOPHIA BEHNIA
        LITTLER MENDELSON, P.C.
        Attorneys for Defendants
        UBER TECHNOLOGIES, INC. and
        RASIER-CA, LLC

Dated: January 13, 2016

        /s/ *Amy T. Wootton*
        CHRISTOPHER J. HAMNER
        AMY T. WOOTTON
        EVELINA SERAFINI
        HAMNER LAW OFFICES, APC
        Attorneys for Plaintiff
        RICARDO DEL RIO

### Attestation

Pursuant to Northern District L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        /s/ *Sophia Behnia*
        SOPHIA BEHNIA
        LITTLER MENDELSON, P.C.
        Attorneys for Defendants
        UBER TECHNOLOGIES, INC. and
        RASIER-CA, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Hearing on Rule 12(b) Motion to be held on 3/24/16 at 1:30 p.m.

Date: 1/15/16 _____
        HONORABLE EDWARD M. CHEN
        U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

Firmwide:138019257.1 073208.1083

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION REGARDING DEFENDANTS' RULE 12(B) MOTION BRIEFING; [PROPOSED] ORDER

Case No. 3:15-cv-03667-EMC