CHRISTOPHER J. HAMNER, ESQ. (SBN 197117)
chamner@hamnerlaw.com
AMY T. WOOTTON, ESQ. (SBN 188856)
awootton@hamnerlaw.com
EVELINA SERAFINI, ESQ. – Of Counsel (SBN 187137)
eserafini@hamnerlaw.com
HAMNER LAW OFFICES, APC
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone:  (213) 533-4160
Facsimile:   (213) 533-4167

Attorneys for Plaintiffs
RICARDO DEL RIO and TONY MEHRDAD SAGHEBIAN

*(Additional Counsel Listed On Following Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, an individual California resident and TONY MEHRDAD SAGHEBIAN, an individual California resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  3:15-cv-03667-EMC<br><br>**STIPULATION ORDERING PLAINTIFF TONY MEHRDAD SAGHEBIAN'S CLAIMS INTO ARBITRATION AND DISMISSING HIS INDIVIDUAL CLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed: August 11, 2015<br>FAC Filed:  September 21, 2015<br>Trial Date:  None set |

1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, California  94108.2693
   Telephone:    415.433.1940
5  Facsimile:     415.399.8490

6  SOPHIA BEHNIA, Bar No. 289318
   sbehnia@littler.com
7  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
8  San Diego, CA  92101
   Telephone:    619.232.0441
9  Facsimile:     619.232.4302

10 Attorneys for Defendants
   UBER TECHNOLOGIES, INC. and
11 RASIER-CA, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:15-cv-03667-EMC
STIPULATION ORDERING PLAINTIFF TONY MEHRDAD SAGHEBIAN'S CLAIMS INTO ARBITRATION

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Tony Mehrdad Saghebian ("Plaintiff") and Defendants Uber Technologies, Inc. and Rasier-CA LLC (together, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 21, 2015, Plaintiff filed a First Amended Complaint in the above-captioned matter adding Tony Mehrdad Saghebian as a Plaintiff in the *Del Rio v. Uber Technologies, Inc.*, et al matter;

WHEREAS, on January 22, 2016, Defendants filed a motion to dismiss based, in part, on this Court's prior ruling in *O'Connor v Uber Technologies, Inc. et al.,* Case No. 13-cv-03826-EMC that individuals, like Saghebian, who (1) did not "sign[ ] up to drive directly with Uber or an Uber subsidiary under their individual name," or (2) are not/were not "paid by Uber or an Uber subsidiary directly and in their individual name" present individualized issues that are not suitable class treatment; *O'Connor et al. v. Uber Technologies, Inc.*, 2015 WL 8292006 at *3 (N.D. Cal. Dec. 9, 2015);

WHEREAS, in light of that prior ruling, and so as to avoid the Court having to determine the same issue at a later point in this litigation, Plaintiff Tony Mehrdad Saghebian agrees to pursue his claims in arbitration on an individual basis and not on a putative class or collective basis;

WHEREAS, the parties agree that, notwithstanding any provision in any arbitration provision to which Saghebian agreed, Uber will pay for the arbitrator's fees and the arbitration-specific fees pertaining to the resolution of the Plaintiff's claims against Defendants, provided those claims are asserted on an individual basis, and not as a class or collective action; and

**NOW THEREFORE**, the Parties hereby stipulate and agree, through their undersigned counsel, that (1) Plaintiff's claims against Defendants shall be dismissed from the instant lawsuit; (2) Plaintiff's claims against Defendants shall be resolved in arbitration on an individual basis only, and not on a class or collective action basis; (3) Uber shall pay for the arbitrator's costs and arbitration-specific fees pertaining to the aforementioned arbitration; (4) each party shall bear his or its respective attorneys' fees incurred in relation to the instant action and the aforementioned

arbitration, except as otherwise provided in any award of attorneys' fees made by a judge or arbitrator in this action or the aforementioned arbitration; and (5) this stipulation and dismissal shall not influence the rights or obligations of Plaintiff Ricardo Del Rio.

**IT IS SO STIPULATED.**

Dated: February 23, 2016

LITTLER MENDELSON, P.C.

/s/ *Sophia Behnia*
SOPHIA BEHNIA
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER-CA LLC

Dated: February 23, 2016

HAMNER LAW OFFICES, APC

/s/ *Amy T. Wootton*
CHRISTOPHER J. HAMNER
AMY T. WOOTTON
EVELINA SERAFINI
HAMNER LAW OFFICES, APC
Attorneys for Plaintiff
RICARDO DEL RIO AND TONY
MEHRDAD SAGHEBIAN

*Pursuant to Civil Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from all signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED .**

Date: _____   _____
HONORABLE EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE