ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:   415.433.1940
Facsimile:   415.399.8490

RACHAEL LAVI, Bar No. 294443
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Fax No.:      310.553.5583

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, a California resident, on behalf of himself, the proposed class and collective class; JOSE VALDIVIA, a California resident, on behalf of himself, the proposed class and collective class; JOSE PEREIRA, a California resident, on behalf of himself, the proposed class and collective class,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  3:15-cv-03667-EMC<br>*[Related to 3:13-cv-03826-EMC]*<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 30, 2016 TO JULY 21, 2016 AND TO CONTINUE RELATED DEADLINES; [PR~~OP~~OSED] ORDER** (modified)<br><br>Complaint Filed: August 11, 2015<br>FAC Filed:  September 21, 2015<br>SAC Filed:  April 27, 2016<br>Trial Date:  None set |

Case No. 3:15-cv-03667-EMC
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

**IT IS HEREBY STIPULATED AND REQUESTED** by and between the parties who have to date appeared in this action, through their counsel of record, Chris Hamner and Amy Wootton of the Hamner Law Offices, APC, attorneys for Plaintiffs Ricardo Del Rio, Jose Valdivia and Jose Pereira ("Plaintiffs"); and Robert G. Hulteng, Andrew M. Spurchise, and Rachael Lavi of Littler Mendelson, P.C., attorneys for Defendants Uber Technologies, Inc. and Rasier-CA, LLC ("Defendants") (collectively, the "Parties"), based upon the following recitals:

1. WHEREAS, on March 24, 2016, at the hearing on Defendants' motion to dismiss, the Court stayed Plaintiff's state claims pending the *Price v. Uber Technologies, Inc.* action proceeding in Los Angeles Superior Court and set a further case management conference for June 30, 2016;

2. WHEREAS, on June 2, 2016, the Court granted a temporary stay, staying this matter in its entirety. The parties were ordered to meet and confer regarding the status of the case and the effect of the proposed settlement in *O'Connor v. Uber Technologies, Inc.*, Northern District Case No. 13-cv-3826-EMC following the Court's order regarding preliminary approval of the proposed settlement, also before this Court, and submit a joint letter to the Court 10 days after the order is issued to provide the parties' position with respect to its impact on the case and whether the stay should continue or be lifted;

3. WHEREAS, as of filing of this stipulation, the Court has not submitted an order regarding the motion for preliminary approval in the *O'Connor* matter;

4. WHEREAS, a short continuance of the further case management conference would serve judicial economy as the Parties await the Court's order in regards to the motion for preliminary approval in the *O'Connor* matter.

## STIPULATION

Parties hereby stipulate, agree and respectfully request that the case management conference currently scheduled for June 30 at 10:30 a.m. be continued to July 21, 2016, at 1:30 p.m. and that the current June 23, 2016 deadline to file a case management conference statement also be continued to July 14, 2016.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.   Case No. 3:15-cv-03667-EMC
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

Dated: June 23, 2016.

          */s/ Rachael Lavi*
ROBERT G. HULTENG
ANDREW M. SPURCHISE
RACHAEL LAVI
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND
RASIER-CA, LLC

Dated: June 23, 2016.

          */s/Amy T. Wootton*
CHRIS HAMNER
AMY T. WOOTTON
HAMNER LAW OFFICES, APC
Attorneys for Plaintiffs
RICARDO DEL RIO, JOSE VALDIVIA AND
JOSE PEREIRA

**SIGNATURE ATTESTATION**

    In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: June 23, 2016.

          */s/ Rachael Lavi*
RACHAEL LAVI
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND
RASIER-CA, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 3:15-cv-03667-EMC
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The case management conference currently scheduled for June 30 at 10:30 a.m. is continued to July 21, 2016, at ~~1:30 p.m.~~ 10:30 a.m., and the case management conference statement shall be due on July 14, 2016, seven (7) days in advance of the continued case management conference.

Dated:  6/24/16

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Firmwide:141174792.3 073208.1083

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Case No. 3:15-cv-03667-EMC
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES