1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, California  94104
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490

6  RACHAEL LAVI, Bar No. 294443
   LITTLER MENDELSON, P.C.
7  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067.3107
8  Telephone:   310.553.0308
   Fax No.:     310.553.5583

9

10 Attorneys for Defendants
   UBER TECHNOLOGIES, INC. and
   RASIER-CA, LLC

11
   *[Additional counsel listed on next page]*
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 | RICARDO DEL RIO, a California            | Case No.  3:15-cv-03667-EMC
   | resident, on behalf of himself, the      | *[Related to 3:13-cv-03826-EMC]*
17 | proposed class and collective class; JOSE|
   | VALDIVIA, a California resident, on      | **JOINT STIPULATION TO CONTINUE
18 | behalf of himself, the proposed class and| SEPTEMBER 15, 2016 STATUS
   | collective class; JOSE PEREIRA, a        | CONFERENCE TO OCTOBER 18, 2016;
19 | California resident, on behalf of himself,| [PROPOSED] ORDER**
   | the proposed class and collective class, |
20 |                                          | Complaint Filed: August 11, 2015
   |              Plaintiffs,                 | FAC Filed:  September 21, 2015
21 |                                          | SAC Filed:  April 27, 2016
   |       v.                                 | Trial Date: None set
22 |                                          |
   | UBER TECHNOLOGIES, INC., a               |
23 | Delaware Corporation, RASIER-CA, LLC,    |
   | a Delaware Limited Liability Company,    |
24 | and DOES 1 through 10, inclusive,        |
   |                                          |
25 |              Defendants.                 |

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Case No. 3:15-cv-03667-EMC
JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

| | |
|---|---|
| 1 | CHRISTOPHER J. HAMNER (SBN 197117) |
|  | chamner@hamnerlaw.com |
| 2 | AMY T. WOOTTON (SBN 188856) |
|  | awootton@hamnerlaw.com |
| 3 | HAMNER LAW OFFICES, APC |
|  | 555 W. 5th Street, 31st Floor |
| 4 | Los Angeles, California 90013 |
|  | Telephone:    213.533-4160 |
| 5 | Facsimile:     213.533-4167 |

6  MARK J. GERAGOS, SBN 108325
7  mark@geragos.com
   BENJAMIN MEISELAS, SBN 227412
8  meiselas@geragos.com
   **GERAGOS & GERAGOS, APC**
9  644 South Figueroa Street
   Los Angeles, California 90017
10 Telephone:  (213) 625-3900
   Facsimile:  (213) 232-3255
11
   BRIAN S. KABATECK, SBN 152054
12 bsk@kbklawyers.com
   SHANT A. KARNIKIAN, SBN 285048
13 sk@kbklawyers.com
   **KABATECK BROWN KELLNER LLP**
14 644 South Figueroa Street
15 Los Angeles, California 90017
   Telephone: (213) 217-5000
16 Facsimile: (213) 217-5010

17 Attorneys for Plaintiffs
18 RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Case No. 3:15-cv-03667-EMC

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

Plaintiffs Ricardo Del Rio, Jose Valdivia, and Jose Pereira (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. and Rasier-CA, LLC ("Uber") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on June 2, 2016, the Court granted a temporary stay, staying this matter in its entirety. The parties were ordered to meet and confer regarding the status of the case and the effect of the Court's order regarding preliminary approval of the proposed settlement in *O'Connor v. Uber Technologies, Inc.*, Northern District Case No. 13-cv-3826-EMC ("*O'Connor*"), and provide a joint submission to the Court after the order is issued to provide the parties' position with respect to its impact on the case and whether the stay should continue or be lifted;

WHEREAS, on August 18, 2016, the Court issued an order denying preliminary approval of the proposed settlement in *O'Connor*;

WHEREAS, on August 19, 2016, the Court reset the Further Case Management Conference in this matter from September 9, 2016 to September 15, 2016 at 10:30 a.m.;

WHEREAS, Uber's counsel is unavailable due to prior commitments on September 15, 2016;

WHEREAS, in *O'Connor*, the Court granted the parties' stipulation to continue the status conference in that matter, and continued the status conference to October 18, 2016 at 10:30 a.m.;

WHEREAS, the Parties have met and conferred, and agree that, subject to the approval of this Court, because case management decisions in *O'Connor* could impact the proceedings in this matter, the Status Conference in this matter should be continued to October 18, 2016 at 10:30 a.m., and a joint Case Management Statement shall be due by October 11, 2016.  Defendants contend the stay should remain in place in light of the ongoing settlement discussions in *O'Connor*. *O'Connor v. Uber Technologies, Inc.*, 13-cv-03826-EMC (C.D. Cal), Dkt. 751.  Plaintiffs contend the stay should be lifted in light of the denial of the motion for preliminary approval in *O'Connor*.  Plaintiffs have not been invited to attend any mediation or included in any settlement discussions, and therefore, any continued stay appears inappropriate. The parties will be prepared to discuss this with the Court

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.   Case No. 3:15-cv-03667-EMC
JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

at the CMC, and will submit a proposed schedule in their Joint CMC Statement in the event the Court decides at the CMC to lift the stay.

Dated: September 2, 2016.

        */s/ Rachael Lavi*
        ROBERT G. HULTENG
        ANDREW M. SPURCHISE
        RACHAEL LAVI
        LITTLER MENDELSON, P.C.
        Attorneys for Defendants
        UBER TECHNOLOGIES, INC. AND
        RASIER-CA, LLC

Dated:  September 2, 2016

        */s/ Christopher J. Hamner*
        CHRISTOPHER J. HAMNER
        AMY T. WOOTTON
        Attorneys for Plaintiffs
        RICARDO DEL RIO JOSE VALDIVIA and
        JOSE PEREIRA

**ATTESTATION OF FILER**

I, Rachael Lavi, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Signed this 2nd day of September, 2016.

        */s/ Rachael Lavi*
        RACHAEL LAVI

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2016 _____

        JUDGE EDWARD CHEN
        UNITED STATES DISTRICT COURT

Firmwide:142530958.2 073208.1083

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 3:15-cv-03667-EMC
JOINT STIPULATION TO CONTINUE STATUS CONFERENCE