1  ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
2  ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
3  SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
4  LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
5  San Francisco, California 94104
Telephone:  415.433.1940
6  Facsimile:  415.399.8490

7  KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
8  RACHAEL LAVI, Bar No. 294443
rlavi@littler.com
9  LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
10  Los Angeles, CA 90067.3107
Telephone:  310.553.0308
11  Facsimile:  310.553.5583

12  Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
13  RASIER-CA, LLC

14  *[Additional counsel listed on next page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, a California resident, on behalf of himself, the proposed class and collective class; JOSE VALDIVIA, a California resident, on behalf of himself, the proposed class and collective class; JOSE PEREIRA, a California resident, on behalf of himself, the proposed class and collective class,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03667-EMC<br>*[Related to 3:13-cv-03826-EMC]*<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE EDWARD M. CHEN<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date:           August 24, 2017<br>Proposed New Date:  November 30, 2017<br><br>Complaint Filed: August 11, 2015<br>FAC Filed: September 21, 2015<br>SAC Filed: April 27, 2016<br>Trial Date: None set |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1  CHRISTOPHER J. HAMNER (SBN 197117)
   chamner@hamnerlaw.com
2  AMY T. WOOTTON (SBN 188856)
   awootton@hamnerlaw.com
3  HAMNER LAW OFFICES, APC
   555 W. 5th Street, 31st Floor
4  Los Angeles, California 90013
   Telephone:   213.533-4160
5  Facsimile:   213.533-4167

6  MARK J. GERAGOS, SBN 108325
   mark@geragos.com
7  BENJAMIN MEISELAS, SBN 227412
   meiselas@geragos.com
8  GERAGOS & GERAGOS, APC
9  644 South Figueroa Street
   Los Angeles, California 90017
10 Telephone:  (213) 625-3900
   Facsimile:  (213) 232-3255
11
   BRIAN S. KABATECK, SBN 152054
12 bsk@kbklawyers.com
   SHANT A. KARNIKIAN, SBN 285048
13 sk@kbklawyers.com
14 KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
15 Los Angeles, California 90017
   Telephone: (213) 217-5000
16 Facsimile: (213) 217-5010

17 Attorneys for Plaintiffs
   RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA
18

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

Case No.  3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-12, Plaintiffs Ricardo Del Rio, Jose Valdivia, and Jose Pereira (collectively "Plaintiffs") and Defendants Uber Technologies, Inc. and Rasier-CA, LLC (collectively "Uber") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court has previously stayed this matter due to the pending appeals in the 9th Circuit regarding the validity of Uber's arbitration agreements (Ninth Circuit Case No. 15-17475), and the outcome of *Price v. Uber Technologies, Inc.*, Los Angeles County Superior Court Case No. BC554512;

WHEREAS, oral argument regarding the 9th Circuit appeals is set for September 20, 2017;

WHEREAS, a proposed PAGA-only settlement has been submitted to the *Price* court for approval. The request to approve the settlement has been fully briefed and submitted to the court as of July 21, 2017, there have been several objections to the settlement and the parties are awaiting a final ruling;

WHEREAS, this Court continued the *Johnston v. Uber Technologies, Inc.* (Case No. 3:16-cv-03134-EMC) case management conference from August 24, 2017 to November 30, 2017;

WHERAS, the Parties have met and conferred and agree that the pending 9th Circuit appeals and the motion to approve the PAGA settlement in *Price* will have an impact on the scope of this case; and

WHEREAS, the Parties believe it would be most efficient to continue the case management conference to November 30, 2017 so that it may be heard at the same time as the *Johnston* case management conference.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference set for August 24, 2017, at 11:00 a.m., shall be reset to November 30, 2017, at 10:30 a.m.;

2. Case Management Conference Statements shall be due on November 22, 2017.

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   1.   Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

**IT IS SO STIPULATED**

Dated: August 17, 2017

                                      */s/Chris Hamner*
                                      CHRIS HAMNER
                                      HAMNER LAW OFFICES, APC
                                      *Attorneys for Plaintiffs*
                                      RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA

Dated: August 17, 2017.

                                      */s/ Sophia Behnia*
                                      SOPHIA BEHNIA
                                      LITTLER MENDELSON, P.C.
                                      Attorneys for Defendants
                                      UBER TECHNOLOGIES, INC. AND RASIER-CA, LLC

**ATTESTATION OF FILER**

I, Sophia Behnia, attest that concurrence in the filing of this document has been obtained from Chris Hamner, which shall serve in lieu of his signature on this document.

Dated this 17th day of August, 2017.

                                      */s/ Sophia Behnia*
                                      SOPHIA BEHNIA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    2.    Case No. 3:15-cv-03667-EMC
[Related to 3:13-cv-03826-EMC]

# [PR~~OPOS~~ED] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __8/21__, 2017

_____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Firmwide:149494975.1 073208.1083

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

3.

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*