ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
RACHAEL LAVI, Bar No. 294443
rlavi@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER-CA, LLC

*[Additional counsel listed on next page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, a California resident, on behalf of himself, the proposed class and collective class; JOSE VALDIVIA, a California resident, on behalf of himself, the proposed class and collective class; JOSE PEREIRA, a California resident, on behalf of himself, the proposed class and collective class,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03667-EMC<br>*[Related to 3:13-cv-03826-EMC]*<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE EDWARD M. CHEN<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date: January 18, 2018<br>Proposed New Date: March 22, 2018<br><br>Complaint Filed: August 11, 2015<br>FAC Filed: September 21, 2015<br>SAC Filed: April 27, 2016<br>Trial Date: None set |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

1  CHRISTOPHER J. HAMNER, SBN 197117
   chamner@hamnerlaw.com
2  AMY T. WOOTTON, SBN 188856
   awootton@hamnerlaw.com
3  HAMNER LAW OFFICES, APC
   555 W. 5th Street, 31st Floor
4  Los Angeles, California 90013
   Telephone:   213.533-4160
5  Facsimile:   213.533-4167

6  MARK J. GERAGOS, SBN 108325
   mark@geragos.com
7  BENJAMIN MEISELAS, SBN 227412
   meiselas@geragos.com
8  GERAGOS & GERAGOS, APC
9  644 South Figueroa Street
   Los Angeles, California 90017
10 Telephone: (213) 625-3900
   Facsimile: (213) 232-3255
11
   BRIAN S. KABATECK, SBN 152054
12 bsk@kbklawyers.com
   SHANT A. KARNIKIAN, SBN 285048
13 sk@kbklawyers.com
14 KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
15 Los Angeles, California 90017
   Telephone: (213) 217-5000
16 Facsimile: (213) 217-5010

17 Attorneys for Plaintiffs
   RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA
18

19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-12, Plaintiffs Ricardo Del Rio, Jose Valdivia, and Jose Pereira (collectively "Plaintiffs") and Defendants Uber Technologies, Inc. and Rasier-CA, LLC (collectively "Uber") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court has previously stayed this matter due to the pending appeals in the 9th Circuit regarding the validity of Uber's arbitration agreements (Ninth Circuit Case No. 15-17475), and the outcome of *Price v. Uber Technologies, Inc.*, Los Angeles County Superior Court Case No. BC554512;

WHEREAS, the 9th Circuit has stayed the appeals pending *Morris v. Ernst & Young, LLP*, 834 F.3d 975 (9th Cir. 2016), cert. granted (U.S. Jan. 13, 2017) (No. 16-300) ("Morris"), consolidated with *Epic Sys. Corp. v. Lewis*, 823 F.3d 1147 (7th Cir. 2016), cert. granted (U.S. Jan. 13, 2017) (No. 16-285) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015) cert. granted (U.S. Jan.13, 2017) (No. 16-307) (collectively, "*Morris, et al.*");

WHEREAS, on December 20, 2017 a revised joint motion to approve the PAGA-only settlement was submitted to the *Price* court. The hearing on the joint motion is set for January 16, 2018;

WHERAS, the Parties have met and conferred and agree that the pending 9th Circuit appeals and the PAGA settlement in *Price* will have an impact on the scope of this case;

WHEREAS, the Parties believe it would be most efficient to continue the January 18, 2018 Case Management Conference to March 22, 2018 pending the settlement in *Price* and pending the appeal of the order denying Uber's Motion to Compel Arbitration in this matter.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference set for January 18, 2018, at 10:30 a.m., shall be continued to March 22, 2018.

2. Case Management Conference Statements shall be due on March 15, 2018.

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE     1.     Case No. 3:15-cv-03667-EMC
[Related to 3:13-cv-03826-EMC]

**IT IS SO STIPULATED**

Dated: January 11, 2018

/s/ Shant A. Karnikian
SHANT A. KARNIKIAN
KABATECK BROWN KELLNER LLP
*Attorneys for Plaintiffs*
RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA

Dated: January 11, 2018

/s/ Sophia Behnia
SOPHIA BEHNIA
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER-CA, LLC

**ATTESTATION OF FILER**

I, Sophia Behnia, attest that concurrence in the filing of this document has been obtained from Shant Karnikian, which shall serve in lieu of his signature on this document.

Dated this 11th day of January, 2018.

/s/ Sophia Behnia
SOPHIA BEHNIA



IT IS SO ORDERED
Judge Edward M. Chen

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

1. The Case Management Conference set for January 18, 2018, at 10:30 a.m., shall be continued to March 22, 2018.

2. Case Management Conference Statements shall be due on March 15, 2018.

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

IT IS SO ORDERED.

Dated: _____, 2018

The Honorable Edward M. Chen
United States District Judge

Firmwide:152161954.1 073208.1083