ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:     415.433.1940
Facsimile:     415.399.8490

KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
RACHAEL LAVI, Bar No. 294443
rlavi@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone:     310.553.0308
Facsimile:     310.553.5583

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER-CA, LLC

*[Additional counsel listed on next page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, a California resident, on behalf of himself, the proposed class and collective class; JOSE VALDIVIA, a California resident, on behalf of himself, the proposed class and collective class; JOSE PEREIRA, a California resident, on behalf of himself, the proposed class and collective class, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:15-cv-03667-EMC <br> *[Related to 3:13-cv-03826-EMC]* <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Current Date:          March 22, 2018 <br> Proposed New Date:     May 17, 2018 <br><br> Complaint Filed: August 11, 2015 <br> FAC Filed:  September 21, 2015 <br> SAC Filed:  April 27, 2016 <br> Trial Date:  None set |

CHRISTOPHER J. HAMNER, SBN 197117
chamner@hamnerlaw.com
AMY T. WOOTTON, SBN 188856
awootton@hamnerlaw.com
HAMNER LAW OFFICES, APC
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone:     213.533-4160
Facsimile:     213.533-4167

MARK J. GERAGOS, SBN 108325
mark@geragos.com
BENJAMIN MEISELAS, SBN 227412
meiselas@geragos.com
GERAGOS & GERAGOS, APC
644 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 625-3900
Facsimile:  (213) 232-3255

BRIAN S. KABATECK, SBN 152054
bsk@kbklawyers.com
SHANT A. KARNIKIAN, SBN 285048
sk@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 217-5000
Facsimile:  (213) 217-5010

Attorneys for Plaintiffs
RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA

2                    Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-12, Plaintiffs Ricardo Del Rio, Jose Valdivia, and Jose Pereira (collectively "Plaintiffs") and Defendants Uber Technologies, Inc. and Rasier-CA, LLC (collectively "Uber") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court has previously stayed this matter due to the pending appeals in the 9th Circuit regarding the validity of Uber's arbitration agreements (Ninth Circuit Case No. 15-17475), and the outcome of *Price v. Uber Technologies, Inc.*, Los Angeles County Superior Court Case No. BC554512;

WHEREAS, the 9th Circuit has stayed the appeals pending *Morris v. Ernst & Young, LLP*, 834 F.3d 975 (9th Cir. 2016), cert. granted (U.S. Jan. 13, 2017) (No. 16-300) ("Morris"), consolidated with *Epic Sys. Corp. v. Lewis*, 823 F.3d 1147 (7th Cir. 2016), cert. granted (U.S. Jan. 13, 2017) (No. 16-285) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015) cert. granted (U.S. Jan.13, 2017) (No. 16-307) (collectively, "*Morris, et al.*");

WHERAS, the Parties have met and conferred and agree that the pending 9th Circuit appeals will have an impact on the scope of this case;

WHEREAS, the Parties believe it would be most efficient to continue the March 22, 2018 Case Management Conference to May 17, 2018 pending resolution of the appeals at the 9th Circuit;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1.     The Case Management Conference set for March 22, 2018, at 10:30 a.m., shall be continued to May 17, 2018.

2.     Case Management Conference Statements shall be due on May 10, 2018.

3.     The above-captioned case shall remain STAYED until the next Case Management Conference.

**IT IS SO STIPULATED.**

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

Dated: March 13, 2018

/s/ Shant A. Karnikian
SHANT A. KARNIKIAN
KABATECK BROWN KELLNER LLP
*Attorneys for Plaintiffs*
RICARDO DEL RIO, JOSE VALDIVIA and JOSE
PEREIRA

Dated: March 13, 2018

/s/ Sophia Behnia
SOPHIA BEHNIA
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER-CA,
LLC

## ATTESTATION OF FILER

I, Sophia Behnia, attest that concurrence in the filing of this document has been obtained

from Shant Karnikian, which shall serve in lieu of his signature on this document.

Dated this 13th day of March, 2018.

/s/ Sophia Behnia
SOPHIA BEHNIA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

4

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

# [PROPOSED] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED

1.     The Case Management Conference set for March 22, 2018, at 10:30 a.m., shall be continued to May 17, 2018 at 10:30 a.m.

2.     Case Management Conference Statements shall be due on May 10, 2018.

3.     The above-captioned case shall remain STAYED until the next Case Management Conference.

IT IS SO ORDERED.

Dated: _____3/14_____, 2018



The Honorable Edward M. Chen
United States District Court

IT IS SO ORDERED

Judge Edward M. Chen

Firmwide:153417791.1 073208.1083

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940