1 ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
2 LITTLER MENDELSON, P.C.
900 Third Avenue
3 New York, New York 10022
Telephone: 212.583.9600
4 Facsimile: 212.832.2719

5 SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
6 LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
7 San Francisco, California 94104
Telephone: 415.433.1940
8 Facsimile: 415.399.8490

9 Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
10 RASIER-CA, LLC

11 *[Additional counsel listed on next page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, a California resident, on behalf of himself, the proposed class and collective class; JOSE VALDIVIA, a California resident, on behalf of himself, the proposed class and collective class; JOSE PEREIRA, a California resident, on behalf of himself, the proposed class and collective class,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03667-EMC<br>*[Related to 3:13-cv-03826-EMC]*<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date: July 12, 2018<br>Proposed New Date: September 6, 2018<br><br>Complaint Filed: August 11, 2015<br>FAC Filed: September 21, 2015<br>SAC Filed: April 27, 2016<br>Trial Date: None set |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CHRISTOPHER J. HAMNER, SBN 197117
chamner@hamnerlaw.com
HAMNER LAW OFFICES, APC
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: 213.533-4160
Facsimile: 213.533-4167

BRIAN S. KABATECK, SBN 152054
bsk@kbklawyers.com
SHANT A. KARNIKIAN, SBN 285048
sk@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiffs
RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-12, Plaintiffs Ricardo Del Rio, Jose Valdivia, and Jose Pereira (collectively "Plaintiffs") and Defendants Uber Technologies, Inc. and Rasier-CA, LLC (collectively "Uber") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court has previously stayed this matter due to the pending appeals in the 9th Circuit regarding the validity of Uber's arbitration agreements (Ninth Circuit Case No. 15-17475), and the outcome of *Price v. Uber Technologies, Inc.*, Los Angeles County Superior Court Case No. BC554512;

WHERAS, the Parties have met and conferred and agree that the pending 9th Circuit appeals will have an impact on the scope of this case;

WHEREAS, the Parties believe it would be most efficient to continue the July 12, 2018 Case Management Conference to September 6, 2018 pending resolution of the appeals at the Ninth Circuit;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference set for July 12, 2018, at 10:30 a.m., shall be continued to September 6, 2018 at 10:30 a.m.

2. Case Management Conference Statements shall be due on August 30, 2018.

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

**IT IS SO STIPULATED.**

Dated: July 3, 2018

*/s/ Shant A. Karnikian*
SHANT A. KARNIKIAN
KABATECK BROWN KELLNER LLP
*Attorneys for Plaintiffs*
RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Dated: July 3, 2018

                    */s/ Sophia Behnia*
                    SOPHIA BEHNIA
                    LITTLER MENDELSON, P.C.
                    Attorneys for Defendants
                    UBER TECHNOLOGIES, INC. AND RASIER-CA, LLC

## ATTESTATION OF FILER

I, Sophia Behnia, attest that concurrence in the filing of this document has been obtained from Shant Karnikian, which shall serve in lieu of his signature on this document.

Dated this 3rd day of July, 2018.

                    */s/ Sophia Behnia*
                    SOPHIA BEHNIA

4

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

1. The Case Management Conference set for July 12, 2018, at 10:30 a.m., shall be continued to September 6, 2018 at 1~~0:30 a.m~~. 1:30 p.m.

2. Case Management Conference Statements shall be due on August 30, 2018.

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

IT IS SO ORDERED.

Dated: ___7/10___, 2018



The Honorable Edward M. Chen
United States

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Firmwide:155645198.1 073208.1083

5

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940