ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York  10022
Telephone:   212.583.9600
Facsimile:    212.832.2719

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER-CA, LLC

*[Additional counsel listed on next page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DEL RIO, a California resident, on behalf of himself, the proposed class and collective class; JOSE VALDIVIA, a California resident, on behalf of himself, the proposed class and collective class; JOSE PEREIRA, a California resident, on behalf of himself, the proposed class and collective class,<br><br>    Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  3:15-cv-03667-EMC<br>*[Related to 3:13-cv-03826-EMC]*<br><br>**STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION; [PROPOSED] ORDER**<br><br>Complaint Filed: August 11, 2015<br>FAC Filed: September 21, 2015<br>SAC Filed: April 27, 2016<br>Trial Date: None set |

1  CHRISTOPHER J. HAMNER, SBN 197117
   chamner@hamnerlaw.com
2  HAMNER LAW OFFICES, APC
   555 W. 5th Street, 31st Floor
3  Los Angeles, California 90013
   Telephone:    213.533-4160
4  Facsimile:    213.533-4167

5  BRIAN S. KABATECK, SBN 152054
   bsk@kbklawyers.com
6  SHANT A. KARNIKIAN, SBN 285048
   sk@kbklawyers.com
7  KABATECK BROWN KELLNER LLP
8  644 South Figueroa Street
   Los Angeles, California 90017
9  Telephone:  (213) 217-5000
   Facsimile:  (213) 217-5010
10

11 Attorneys for Plaintiffs
   RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

2

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*
STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION

# STIPULATION

Plaintiffs Ricardo Del Rio, Jose Valdivia, and Jose Pereira (collectively "Plaintiffs") and Defendants Uber Technologies, Inc. and Rasier-CA, LLC (collectively "Uber") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 11, 2015, Plaintiff Del Rio filed the Complaint in this action in the United States District Court, Northern District of California, Case No: 3:15-cv-03667-EMC;

WHEREAS, on September 21, 2015, Plaintiff Del Rio amended his Complaint and added Tony Mehrdad Saghebian as a named Plaintiff in this action;

WHEREAS, on October 14, 2015 Defendants filed a motion to compel Plaintiffs Del Rio and Saghebian to arbitrate their claims on an individual basis and to dismiss their class claims, and the Court denied Defendants' motion on December 16, 2015;

WHEREAS, on December 18, 2015 Defendants filed a notice of appeal of this Court's order denying Uber's motion to compel arbitration;

WHEREAS, on January 27, 2016, the United States Court of Appeals for the Ninth Circuit consolidated the appeal in this matter with the appeals from the denial of arbitration in *O'Connor et al. v. Uber Technologies, Inc.,* No. 15-17420 and *Yucesoy v. Uber Technologies, Inc.,* No. 15-17422 (collectively the "Consolidated Appeals");

WHEREAS, on February 23, 2016 the Parties stipulated and agreed that Plaintiff Saghebian would pursue his claims in binding individual arbitration;

WHEREAS, on April 27, 2016, Plaintiff Del Rio filed a Second Amended Complaint adding Jose Valdivia and Jose Pereira as named Plaintiffs in this action;

WHEREAS, on September 25, 2018, the United States Court of Appeals for the Ninth Circuit issued its opinion in the Consolidated Appeals, reversing this Court's order denying Defendants' motion to compel arbitration;

WHEREAS, the Parties have met and conferred and agree that in light of the Ninth Circuit's decision in the Consolidated Appeals, Plaintiffs' shall submit the claims in their Second Amended Complaint to binding individual arbitration; and

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

3

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*
STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION

WHEREAS, the Parties agree that that case management conference scheduled for April 18, 2019 should be vacated, and that the Parties' will provide a status update regarding the arbitrations in 120 days.

NOW THEREFORE, subject to the approval of this Court, it is hereby stipulated and agreed, by and between the parties, as follows:

1. Plaintiffs' claims in the Second Amended Complaint shall be submitted to binding individual arbitration before mutually agreeable arbitrators;

2. The above-captioned matter shall be stayed pending the decision of the arbitrators and the Court shall retain jurisdiction for purposes of enforcing this Stipulation and final arbitration orders or awards; and

3. The case management conference scheduled for April 18, 2019 shall be vacated, and the Parties' will provide a status update regarding the arbitrations in 120 days.

**IT IS SO STIPULATED.**

Dated: April 11, 2019

*/s/ Chris Hamner*
CHRISTOPHER J. HAMNER
HAMNER LAW OFFICES, APC
*Attorneys for Plaintiffs*
RICARDO DEL RIO, JOSE VALDIVIA and JOSE PEREIRA

Dated: April 11, 2019

*/s/ Sophia Behnia*
SOPHIA BEHNIA
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER-CA, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

4

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*
STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION

**ATTESTATION OF FILER**

I, Sophia Behnia, attest that concurrence in the filing of this document has been obtained from Christopher Hamner, which shall serve in lieu of his signature on this document.

Dated this 11th day of April, 2019.

*/s/ Sophia Behnia*
SOPHIA BEHNIA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

5

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*
STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

1. Plaintiffs' claims in the Second Amended Complaint shall be submitted to binding individual arbitration before mutually agreeable arbitrators;

2. The above-captioned matter shall be stayed pending the decision of the arbitrators and the Court shall retain jurisdiction for purposes of enforcing this Stipulation and final arbitration orders or awards; and

3. The case management conference scheduled for April 18, 2019 shall be vacated, and the Parties' will provide a status update regarding the arbitrations in 120 days.

IT IS SO ORDERED.

Dated: __April 11__, 2019

_____
The Honorable Edward M. Chen
United States District Judge

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

6

Case No. 3:15-cv-03667-EMC
*[Related to 3:13-cv-03826-EMC]*
STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION